Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

FILED
2010 FEB 16 PM 2:45
CLERK
U S DISTRICT COURT

**U.S.A. vs. Dontai Wheeler** **Docket No. 98-180-001**

**Petition on Supervised Release**

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Dontai Wheeler, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pa., on the 19 day of November 1999, who fixed the period of supervision at 5 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

11-19-1999: Distribution and Possession with Intent to Distribute in Excess of 50 Grams of Crack Cocaine 120 months imprisonment followed by 5 years supervised release

11-07-2008: Released to supervision; currently supervised by USPO Donald A. Covington

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your petitioner reports that in the Allegheny County Court of Common Pleas on January 11, 2010, at Criminal Docket Number CP-02-CR-0000267-2010, the supervised releasee pled guilty to Driving Under the Influence of Alcohol and sentenced to probation for a period of 6 months. Your petitioner further reports that the supervised releasee tested positive for marijuana on October 9, 2009. As a sanction for violating the conditions of his supervision, the supervised releasee has signed a Probation Form 49, waiving his right to a hearing and agreeing to a placement on home detention for a period of 4 months.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee be placed on home confinement for a period of 4 months to commence at the direction of the U.S. Probation Office. The use of electronic monitoring shall be at the discretion of the U.S. Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2010

*Donald A Covington*

Donald A. Covington
U.S. Probation Officer

*D Covington for R. Gerson*

Roselyn Gerson
Supervising U.S. Probation Officer

Place: Pittsburgh, Pa.

ORDER OF COURT

Considered and ordered this 24th day of Feb, 20 10 and ordered filed and made a part of the records in the above case.

*G.L. Lancaster*

U.S. District Judge/Magistrate

PROB 49
(3/89)

# United States District Court

## Western District Of Pennsylvania

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

I agree to placement on home detention with electronic monitoring for a period of 4 months. I understand that I will remain at my place of residence except for employment or other activities approved in advance by my probation officer.

Witnes Donald A Covington
Donald A Covington
United States Probation Officer

Signed: D. Wheeler
Dontai Wheeler
Probationer or Supervised Releasee

2-2-10
Date